1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Nevada State Bar No. 8540
   Assistant Federal Public Defender
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Charles Sandil

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00120-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| CHARLES SANDIL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Charles Sandil, that the Sentencing Hearing currently scheduled on October 11, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel just inherited this case on August 27, 2018. ECF No. 23. Additional time is needed to review the presentence investigation report with client. Moreover, defense counsel requires time to gather mitigation documents so that the information in the report is verified and complete.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 18th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SANDIL,<br><br>　　　　Defendant. | Case No. 2:18-cr-00120-JCM-PAL<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, October 11, 2018 at 10:30 a.m., be vacated and continued to **Tuesday, November 27, 2018 at 10:30 a.m.**

DATED September 19, 2018.

_____
UNITED STATES DISTRICT JUDGE