RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Nevada State Bar No. 8540
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Charles Sandil

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES SANDIL,<br><br>    Defendant. | Case No. 2:18-cr-00120-JCM-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Charles Sandil, that the Sentencing Hearing currently scheduled on November 27, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than January 2, 2019.

    The Stipulation is entered into for the following reasons:

    1.    Mr. Sandil's parents would like to be present for the sentencing hearing. They will be traveling from out of state. They are unable to make the current hearing date. The requested time will permit them to make the necessary travel arrangements.

2. Additionally, Mr. Sandil has some additional questions regarding sentencing and defense counsel requires time to go visit him to discuss his concerns.

3. The parties respectfully request a setting in January. Government counsel is unavailable on January 16 and 17, 2019.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of November, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00120-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CHARLES SANDIL, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, November 27, 2018 at 10:30 a.m., be vacated and continued to January 31, 2019 at 10:30 a.m.

DATED November 26, 2018.

_____
UNITED STATES DISTRICT JUDGE